UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>            Plaintiff,<br><br>   v.<br><br>CHELAN COUNTY, CHELAN COUNTY SHERIFF'S OFFICE, BRIAN BURNETT, individually and in his official capacity as Chelan County Sheriff, MIKE HARUM, individually and in his capacity as Chelan County Sheriff, PHIL STANLEY, in his official and individual capacity, and RON WINEINGER, in his official and individual capacity,<br><br>            Defendants. | NO. CV-11-337-EFS<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF CONSENT DECREE AND RELATED MOTION TO EXPEDITE** |

    Before the Court, without oral argument, are the parties' Joint Motion for Entry of Consent Decree, ECF No. 45, and related Joint Motion to Expedite, ECF No. 48. The parties have stipulated to an entry of judgment consistent with the Consent Decree appended to this Order.

    Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

    1. The parties' Joint Motion for Entry of Consent Decree, **ECF No. 45**, is **GRANTED**.

ORDER ~ 1

2. The parties' Joint Motion to Expedite, **ECF No. 48**, is **GRANTED**.

3. Plaintiff's Motion for Preliminary Injunction, **ECF No. 6**, is **DENIED AS MOOT**.

4. The December 13, 2011 hearing on Plaintiff's Motion for Preliminary Injunction is **STRICKEN**.

5. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   1st   day of December 2011.


                              s/Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2011\337.grant.consent.decree.lc2.wpd

ORDER ~ 2